FORM 9. Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Bernina International AG　v.　Handi Quilter, Inc. and Tacony Corporation

No. 15-1229

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Handi Quilter, Inc. and Tacony Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Handi Quilters parent company is Handi Quilter Holding Company. No publicly traded entities own more than 10% of its stock.

Tacony Corporation is a privately held Corporation. No publicly traded entity owns any of its stock.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

R. Parrish Freeman & Mark W. Ford
Maschoff Brennan P.L.L.C.

Chad Nydegger
Workman Nydegger P.C.

January 21, 2015
Date

/s/ R. Parrish Freeman
Signature of counsel

R. Parrish Freeman
Printed name of counsel

Please Note: All questions must be answered
cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 1/21/2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| R. Parrish Freeman | /s/ R. Parrish Freeman |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Maschoff Brennan P.L.L.C.
Address: 1389 Center Drive, Suite 300
City, State, ZIP: Park City, Utah, 84098
Telephone Number: (435) 252-1360
FAX Number: (435) 252-1361
E-mail Address: pfreeman@mabr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.