NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BERNINA INTERNATIONAL AG,**
*Appellant,*

v.

**HANDI QUILTER, INC. AND TACONY CORPORATION,**
*Appellees.*

---

2015-1229

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00364.

---

**ON MOTION**

---

Before HUGHES, *Circuit Judge.*

**O R D E R**

Upon consideration of the parties' joint motion to expedite proceedings in this appeal,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the proposed briefing schedule is accepted as follows: appellant's

brief is due on or before February 9, 2015; appellees' brief is due no later than March 11, 2015; appellant's reply brief is due no later than March 23, 2015; and the joint appendix is due no later than March 26, 2015.

(2) The appeal shall be placed on the next available oral argument calendar after briefing is complete.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s19